UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 16, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALGERNON TAMASOA,<br><br>Defendant. | Case No. 2:15-cr-00209-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALGERNON TAMASOA__,

Case No. __2:15-cr-00209-JAM__ from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __100,000 with co-signers.__

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): __Release delayed until 10/19/15 at 9:00 AM__

Issued at Sacramento, California on October 16, 2015 at __2:35 pm__

By: _____

Magistrate Judge Carolyn K. Delaney