KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ALGERNON TAMASOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALGERNON TAMASOA,<br><br>Defendants. | No. 15-CR-00124-KJM<br>     15-CR-00209-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER REGARDING<br>CONDITIONS OF PRETRIAL RELEASE<br><br>Date:  n/a<br>Time:  n/a<br>Judge:  Honorable Carolyn K. Delaney |

In the matter at bar, Defendant seeks to temporarily alter the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn K. Delaney on October 16, 2015.

Mr. Tamasoa's children are in the wedding of extended family members in Reno, Nevada, on April 30, 2016. There are functions the night before on April 29, 2016, the wedding is on April 30, 2016, and religious services are held on Sunday at 3pm. To join his family, he seeks to be allowed to travel with his family to Reno late Friday afternoon and return by 8pm on Sunday, May 1, 2016. To that end, special condition # 5 - restricting his travel to only the Eastern District of California, needs to be modified to allow him to travel to Reno for the

weekend.  In addition, the monitoring condition, # 13, needs to be temporarily modified (giving him a weekend pass to Reno with no electronic monitoring, and 7am to 7pm curfew) to allow him to attend the wedding services.

Mr. Tamasoa's pretrial services officer, Renee Basurto, confirmed his itinerary and indicated he has been in compliance with all of the terms of his pretrial release.  She has no objection to the temporary modification of his release orders and AUSA Christiaan Highsmith also indicated that he too has no objection to the requested temporary modification.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant Algernon Tamasoa;, that Special Conditions of Release, Nos. 5 and 13, be modified to allow him to travel from Sacramento to Reno, Nevada on April 29th by 3:30 and return to Sacramento on May 1, 2016 by 8pm.

All other terms and conditions of release remain in place.

IT IS SO STIPULATED.

Dated: April 22, 2016                     BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY

                                    by:   /s/ Christiaan Highsmith
                                          CHRISTIAAN HIGHSMITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated:  April 22, 2016                    /s/ Kyle R. Knapp
                                          KYLE KNAPP
                                          Attorney for Defendant
                                          ALGERNON TAMASOA

# [~~PROPOSED~~] ORDER

The Stipulation of the parties is hereby accepted and special conditions of release No. 5 is modified to allow Mr. Tamasoa to travel to Reno, Nevada on April 29, 2016 at 3:30 p.m., with a return to his residence on May 1, 2016 at 8 p.m.  Special Condition no. 13 is also temporarily modified to allow him relief from the curfew and monitoring requirements in place during the above time period.

**IT IS SO ORDERED**.

Dated: April 25, 2016.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge