KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
ALGERNON TAMASOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ALGERNON TAMASOA,<br><br>            Defendants. | No. 15-CR-00124-KJM<br>         15-CR-00209-GEB<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER REGARDING<br>CONDITIONS OF PRETRIAL RELEASE<br>(CURFEW)<br><br>Date:  n/a<br>Time:  n/a<br>Judge:  Honorable Allison Claire |

In the matter at bar, Defendant seeks to temporarily alter the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn K. Delaney on October 16, 2015.

Mr. Tamasoa's oldest nephew is graduating from Grant High School tomorrow at 7:00 pm.  He is the son of his sister who is one of the co-signors on his release bond.  The family is having a reception afterwards and Mr. Tamasoa seeks to attend the graduation and the reception without violating the term on his electronic monitoring which mandates a return to his house at 7:00pm.  In order to attend the graduation and reception he seeks permission to be away from his residence until 11:00pm on June 7, 2016.

1

1  According to Renee Basurto his pretrial services officer, he has been compliant with the
2  terms of his release and she has no objection to the extension of his curfew to 11:00pm.
3  AUSA Christiaan Highsmith also indicated that he too has no objection to the requested
4  temporary modification in light of Ms. Basurto's position.
5  IT IS HEREBY stipulated between the United States of America through its undersigned
6  counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff and Kyle
7  Knapp, attorney for defendant Algernon Tamasoa;, that Special Condition of Release, No. 13,
8  be modified to allow him to attend the graduation and the family gathering that follows.
9  Expressly, that he be allowed to return to his house no later than 11:00 pm June 7, 2016.
10 All other terms and conditions of release remain in place.
11 IT IS SO STIPULATED.

Dated: June 6, 2016                                         PHILLIP A. TALBERT
                                                            ACTING UNITED STATES
                                                            ATTORNEY

                                                      by:   /s/ Christiaan Highsmith
                                                            CHRISTIAAN HIGHSMITH
                                                            Assistant U.S. Attorney
                                                            Attorney for Plaintiff

Dated:  June 6, 2016                                        /s/ Kyle R. Knapp
                                                            KYLE KNAPP
                                                            Attorney for Defendant
                                                            ALGERNON TAMASOA

**[~~PROPOSED~~] ORDER**

The Stipulation of the parties is hereby accepted and special condition of release No. 13 is temporarily altered so that Mr. Tamasoa can attend his nephew's Grant High School graduation. Accordingly, his June 7, 2016 curfew is modified from 7:00 pm to 11:00 pm. All other terms and conditions of release remain the same.

**IT IS SO ORDERED**.

Dated:  June 7, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE