KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
ALGERNON TAMASOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  No: 15-CR-00209-GEB
                                    )
          Plaintiff,                )  STIPULATION AND
                                    )  [PROPOSED] ORDER REGARDING TRIAL
                                    )  CONFIRMATION CONFERENCE
v.                                  )
                                    )
ALGERNON TAMASOA,                   )  Date:  6/16/17
                                    )  Time:  9:00
                                    )  Judge:  Honorable Garland E. Burrell, Jr.
                                    )
          Defendants.               )
                                    )
                                    )
                                    )
_____

     Defendant Algernon Tamasoa seeks to vacate the trial confirmation conference currently set for May 26, 2017 and set the matter for status conference on June 16, 2017.  His plea in companion case 15-Cr-00124-KJM will soon result in the dismissal of this action.  He pled to a super-ceding information that encompassed the conduct in the present matter.   Mr. Tamasoa is due to be sentenced before Judge Mueller on May 31, 2017.

     There is no need for an exclusion of time as time was previously excluded to the currently set June 20, 2017 trial date.

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorneys, attorneys for plaintiff and Kyle Knapp,

1

attorney for defendant Algernon Tamasoa, that the trial confirmation conference in this matter be vacated and the matter re-set for status conference on June 16, 2017.

IT IS SO STIPULATED.


Dated: May 24, 2017                              PHILLIP A. TALBERT
                                                 UNITED STATES ATTORNEY


                                          by:    /s/ Justin Lee
                                                 JUSTIN LEE
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

Dated:  May 24, 2017                             /s/ Kyle R. Knapp
                                                 KYLE KNAPP
                                                 Attorney for Defendant
                                                 ALGERNON TAMASOA

**ORDER**

The Stipulation of the parties is hereby accepted and the trial confirmation conference currently set for May 26, 2017 is vacated and the matter reset for status conference, as to Mr. Tamasoa only, on June 16, 2017.

**IT IS SO ORDERED**.

Dated:  May 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge