IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALGERNON TAMASOA, and<br>JOHN ORTIZ,<br><br>　　　　Defendants. | 2:15-CR-00209-GEB<br><br>**ORDER DISMISSING INDICTMENT** |

**ORDER**

On June 15, 2017, the United States filed a Motion to Dismiss the pending Indictment against the above-named defendants. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the above-captioned matter is dismissed with prejudice and the status conference scheduled for June 16, 2017, is vacated.

**IT IS SO ORDERED.**

Dated: June 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge